NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee*

**v.**

**ALLEN R. CLARK,**
*Defendant-Appellant*

---

2024-1186

---

Appeal from the United States District Court for the Western District of New York in No. 6:23-cr-06021-DGL-MJP-1, Judge David G. Larimer.

---

PER CURIAM.

### O R D E R

Allen R. Clark appeals from the district court's judgment in this criminal case. This is a court of limited jurisdiction, which does not include jurisdiction over criminal cases. *See* 28 U.S.C. § 1295. Where we lack jurisdiction, and when it is in the interest of justice, we will transfer an appeal to the appropriate court. 28 U.S.C. § 1631. Here, any appeal lies with the regional court of appeals, 28 U.S.C. § 1291, which is the United States Court of Appeals for the Second Circuit.

2                                                                US v. CLARK

Accordingly,

IT IS ORDERED THAT:

Pursuant to 28 U.S.C. § 1631, this appeal is transferred to the United States Court of Appeals for the Second Circuit.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 25, 2024
Date